UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
WILLIAM T HYNES                                  :
                                                 :  Bankruptcy No. 1021745
         Debtor(s)                               :  Chapter 13

## ORDER

AND NOW, this 9th day of December, 2010, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

Richard E. Fehling, B.J.

Copies served on:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606


WILLIAM T HYNES
337 CLEARVIEW AVENUE
NAZARETH  PA  18064


DEMETRIOS H TSAROUHIS ESQ
21 SOUTH 9TH ST
ALLENTOWN  PA  18102